UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-MJ-1012-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KEVIN LEE MILLS | ) | |

The Government's motion is hereby granted. The criminal complaint only in the above entitled case is dismissed.

_3/1/14_
DATE:

_____
JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE