UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:14-MJ-1017-1RJ
7:14-MJ-1012-1RJ

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Kevin Lee Mills** | ) | |

On February 28, 2014, Kevin Lee Mills appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Assault by Striking, Beating or Wounding, in violation of 18 U.S.C. § 113(a)(4), was sentenced to a 5-year term of probation. Additionally, on February 28, 2014, the defendant pled guilty to Driving While Impaired, in violation of 18 U.S.C., §13, assimilating NCGS 20-135.1, and was sentenced to a 12-month term of probation, concurrent with the sentence imposed in 7:14-MJ-1017-1RJ.

From evidence presented at the revocation hearing on April 2, 2014, the court finds as a fact that Kevin Lee Mills, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgments as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted in be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 9 months.

**IT IS FURTHER ORDERED** that the probation sentence imposed in 7:14-MJ-1012-1RJ, be revoked and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 9 months, concurrent to the sentence imposed in 7:14-MJ-1017-1RJ.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 2nd day of April, 2014.

Robert B. Jones, Jr.
U.S. Magistrate Judge